# EXHIBIT A

## COMPARISON OF PRELIMINARY CLAIM CONSTRUCTIONS

### Patent:  US 8,591,062

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "disposed about a longitudinal axis of the lamp" | 7 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 8,591,062, including claim 7 and specification passages describing the LED assembly arranged about or around the longitudinal axis of the lamp. | **"Disposed about a longitudinal axis of the lamp"** means that LEDs are concentrically arrayed and encircling the lamp's vertical axis in the central, open region of the enclosure.<br><br>See, e.g, '062 at: 2:14-18; 3:53-56; 12:22-25; 16:51-58; 39:19-39; claim 6; claim 18; FIGS. 1-2; FIG. 4; FIG. 10; FIG. 11; FIGS. 25-26; FIG. 31; FIG. 42; FIG. 54; FIG. 69. |
| "in a band" | 7 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 8,591,062, including claim 7 and specification passages explaining that a band of LEDs may be produced by single or multiple rows or strings of LEDs that are closely packed together or offset from each other within the band. | **"In a band"** means that the LEDs are concentrated to a narrow, localized cylindrical region along the longitudinal axis, rather than being spread out over most or all of the lamp's height, with narrow distribution over a height of the enclosure in a vertically compact ring-like manner, covering no more than 50% of the length of the longitudinal axis, such that, when viewed from a side, the band appears like a line.<br><br>*See, e.g.*, '062 at: 2:4-8; 2:14-18; 3:28-31; 3:53-62; 13:32-39; 15:44-46; 16:51-58; 16:61-66; 17:8-27; 19:58-20:4; 24:25-28; 38:59-39:14; 39:20-27; claim 6; claims 18-20; FIGS. 1-2; FIG. 4; FIG. 10; FIG. 11; FIGS. 25-26; FIG. 31; FIG. 42; FIG. 54; FIG. 69; Abstract.<br><br>*See also*, '062 patent prosecution history ("PH") August 4, 2013, Amendment Under 37 CFR § 1.111, ("the '062 Amendment"), p. 10-11 and 14-15.<br><br>*See also*, *Merriam-Webster Internet Dictionary* band: 1) a straight flat piece of material that forms a circle around something. https://www.merriam-webster.com/dictionary/band. |

1

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "visibly appears as a centrally glowing area" | 7 | Plain and ordinary meaning.<br><br>In the alternative, if the Court deems construction necessary, Pacem proposes that "**visibly appears as a centrally glowing area**" means "a source of light produced by the LEDs, located centrally in the enclosure, which appears as a central glow when energized; no actual incandescent filament is required."<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 8,591,062, including claim 7 and specification passages explaining that LEDs positioned in a band about the tower can produce a high-intensity area of light that appears as a glowing filament or central glow when in use.<br>- Merriam-Webster.com Dictionary, "Glow," defining "glow" to mean "to shine with or as if with an intense heat" and defining the noun as "the state of glowing with heat and light" and "light such as is emitted by a solid body heated to luminosity." (https://www.merriam-webster.com/dictionary/glow) - Merriam-Webster.com Dictionary, "Filament," defining "filament" as "a single thread or a thin flexible threadlike object" and, in relevant electrical usage, "a ... conductor ... made incandescent by the passage of an electric current." (https://www.merriam-webster.com/dictionary/filament) - Dictionary.com, "Filament," defining the term in a light bulb or incandescent lamp as a threadlike conductor, often of tungsten, heated to incandescence by current. (https://www.dictionary.com/browse/filament) | "Visibly appears as a centrally glowing area" means that the LEDS are disposed within a limited length of the vertical axis so as not to have a large vertical component such that the light is perceived by a user as emanating from a concentrated, line-like or band-shaped region proximate to the central portion of the enclosure, similar to the glowing filament region of a traditional incandescent bulb, not distributed broadly over a substantial portion of the enclosure.<br><br>*See*, *e.g.*, 1:48-53; 2:4-8; 2:14-18; 2:24-30; 3:2-4; 3:11-13; 3:28-32; 3:53-59; 9:41-47; 12:14-33; 26:53-27:12; 28:60-64; 38:43-39:5; 39:9-18; claim 6; claims 18-19; FIGS. 1-2; FIG. 4; FIG. 10; FIG. 11; FIGS. 25-26; FIG. 31; FIG. 42; FIG. 54; FIG. 69; Abstract.<br><br>*See also*, the '062 Amendment, p. 10-11 and 14-15. |

**Patent:  US 8,752,983**

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "an axis of the lamp that extends from the base to the enclosure" | 1 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 8,752,983, including claim 1 and specification passages explaining that the longitudinal axis extends from the base toward the free end of the bulb. | **"An axis of the lamp that extends from the base to the enclosure"** means the central, longitudinal, vertical axis running from the base to the free end of the bulb enclosure.<br><br>*See, e.g.*, '983 at: 6:55-61; 16:17-19. |
| "a center of the optically transmissive enclosure" | 1 | **"a center of the optically transmissive enclosure"** means "the vertical position of the LEDs in the enclosure aligned with the approximate largest-diameter area of the globe-shaped main body."<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 8,752,983, including claim 1 and specification passages expressly defining "center of the enclosure" and "optical center of the enclosure" (*e.g.*, 16:13-17).<br>- Merriam-Webster.com Thesaurus, "Center," identifying "center" as an "area or point" associated with the "middle," "midpoint," "interior," or "inside." (https://www.merriam-webster.com/dictionary/center)<br>- Merriam-Webster.com Dictionary, "Periphery," defining "periphery" as the "external boundary or surface of a body" and "the outward bounds of something as distinguished from its internal regions or center," confirming the ordinary distinction between central and peripheral locations. (See https://www.merriam-webster.com/dictionary/periphery.) | **"a center of the optically transmissive enclosure"** means a vertical position of the LEDs in the enclosure, laterally centered by being aligned with the approximate largest diameter area of the globe-shaped main body, situated between the ends of the enclosure near a midpoint portion of the enclosure.<br><br>*See, e.g.*, '983 at: 2:64-65; 3:15-18; 7:66-8:20; 8:66-9:4; 16:1-27; 16:41-48; 24:10-14; FIGS. 1-2; FIG. 10; FIGS. 14-16; FIGS. 19-21; FIG. 48; FIG. 60A-C; Claim 6.<br><br>*See also*, '983 PH November 5, 2013, Amendment Under 37 CFR § 1.111, ("the '983 Amendment"), p. 7-9. |

3

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "in a band" | 1 | Plain and ordinary meaning.<br><br>See Pacem's proposed construction and supporting explanation for "in a band" in U.S. Patent No. 8,591,062. | **"in a band"** means a cylindrical, circumferential array that forms a circle or ring and does not include any other shapes.<br><br>*See, e.g.*, '983 at: 21:6-17; 28:5-48; 30:20-23; 30:63-65; 31:17-54; 32:1-14; FIGS. 25-28; FIGS. 31-33; FIGS. 35-36; FIGS. 38-39; FIGS. 48-50; Claim 25.<br><br>*See also*, the '983 Amendment, p. 7-9.<br><br>*See also, Merriam-Webster Internet Dictionary* band: 1) a straight flat piece of material that forms a circle around something. |
| "about the axis of the lamp" | 1 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 8,752,983, including claim 1 and specification passages explaining that the axis/longitudinal axis extends from the base toward the free end of the bulb. | **"about the axis of the lamp"** means encircling the axis of the lamp.<br><br>*See, e.g.*, '983 at: 27:66-28:4; FIGS. 25-28; FIGS. 31-33; FIGS. 35-36; FIGS. 38-39; FIGS. 48-50.<br><br>*See also*, the '983 Amendment, p. 7.<br><br>*See also, Merriam-Webster Internet Dictionary* about: 1) on all sides, around. https://www.merriam-webster.com/dictionary/about |
| "contained in the enclosure" | 1, 16 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 8,752,983, including claims 1 and 16 and specification passages describing gas contained in the enclosure to provide thermal coupling to the LED array. | **"contained in the enclosure"** means have within the enclosure.<br><br>*See, e.g.*, '983 at: 2:36-39; 2:44-45; 2:65-67; 3:4-5; 8:66-9:4; 11:19-35; 15:16-21; 26:20-23; 17:18-22; Abstract.<br><br>*See also, Merriam-Webster Internet Dictionary* contain: 1) to have within. https://www.merriam-webster.com/dictionary/contain |

4

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "thermal coupling" and "thermally coupled" | 1, 23 | "**thermally coupled**" means "a thermal path that provides sufficient heat dissipation to enable acceptable LED performance and longevity, as opposed to a path where heat may travel in a very inefficient manner, such as through a thermally insulating material."<br><br>"**thermally coupling**" should be afforded its plain and ordinary meaning<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 8,752,983, at 17:5-12.<br>- Semiconductor Engineering, "Solving Thermal Coupling Issues in Complex Chips," explaining that thermal coupling includes junctions or arrangements in which heat is transferred between devices or structures and that thermal effects must be modeled, monitored, and managed in electronics. (https://semiengineering.com/solving-thermal-coupling-from-the-design-side/)<br>- Advanced Thermal Solutions, "Thermal Coupling in Electronics Cooling," explaining thermal coupling as the interrelationship among conduction, convection, and radiation in electronics cooling and as part of the heat-transfer path used to lower junction temperature. (See https://www.qats.com/cms/2011/04/21/thermal-coupling-in-electronics-cooling-part-1-of-2/.) | **"thermally coupled" and "thermal coupling"** mean a thermal path that provides sufficient heat dissipation to enable acceptable LED performance and longevity but is not meant to cover any path where heat may travel in a very inefficient manner, such as through a thermally insulating material.<br><br>*See, e.g.*, '983 at: 2:36-53; 17:1-9. |

5

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "substantially in the center of the enclosure" | 16 | Plain and ordinary meaning.<br><br>If construed, then "… **in the center of the enclosure**" should apply the construction for "a center of the optically transmissive enclosure"—namely, "the vertical position of the LEDs in the enclosure aligned with the approximate largest-diameter area of the globe-shaped main body."<br><br>Pacem further states that "**substantially**" confirms that the phrase does not require the exact geometric center of the enclosure.<br><br>Pacem refers to the exemplary intrinsic/extrinsic evidence identified above for "**a center of the optically transmissive enclosure**" | **"substantially in the center of the enclosure"** means a vertical position of the LEDs in the enclosure, laterally centered by being aligned only with the approximate largest diameter area of the globe-shaped main body, situated between the ends of the enclosure with a large majority near a midpoint portion of the enclosure.<br><br>*See, e.g.*, '983 at: 2:64-67; 3:15-18; 7:66-8:11; 16:1-27; 16:39-47; FIG. 1; FIG. 10; FIGS. 14-16; FIG. 48; FIGS. 60A-C.<br><br>*See also*, the '983 Amendment, p. 7-9. |
| "thermally resistive electrical path" | 23 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 23 and specification passages. | **"thermally resistive electrical path"** means an electrical connection designed to limit heat conduction toward the LED array by having specific physical dimensions or routing that increase thermal resistance, thereby preventing the LED array from reaching damaging temperatures.<br><br>*See, e.g.*, '983 at: 3:32-66; 9:48-64. |

6

**Patent:  US 9,410,687**

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "longitudinal axis extending from the base to the enclosure" | 1 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 1 and specification passages explaining the longitudinal axis of the lamp. | **"longitudinal axis extending from the base to the enclosure"** means an axis extending vertically from the base to a free end of the bulb in the middle of the bulb.<br><br>*See, e.g.*, '687 at: 12:15-29; FIG. 1; FIG. 3; FIG. 24; FIG. 41; FIG. 53; FIG. 68. |
| "disposed about the periphery of the tower" | 1, 12 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 1 and specification passages explaining that LEDs may be positioned in a band around the periphery of the tower and that various configurations are possible. | **"disposed about the periphery of the tower"** means placed on and around the external surface of the tower.<br><br>*See, e.g.*, '687 at: 2:4-8; 4:57-65; 19:41-51; 21:43-46; 38:28-37; 38:66-39:20; FIG. 1; FIG. 12; Abstract.<br><br>*See also*, *Merriam-Webster Internet Dictionary* periphery: 1) the external boundary or surface of a body. https://www.merriam-webster.com/dictionary/periphery |
| "in a band" | 1, 12 | Plain and ordinary meaning, which is same meaning as same phrase recited in the '687 patent.<br><br>Pacem refers to the exemplary intrinsic/extrinsic evidence identified above for the same term recited in the '062 Patent, including all counterpart citations in the '687 Patent. | **"in a band"** means a concentrated, cylindrical, circumferential array that forms a circle or ring, surrounding either or both of the tower and the longitudinal axis, and does not include any other shapes.<br><br>*See, e.g.*, '687 at: 2:4-8; 2:14-18; 3:18-31; 3:51-60; 16:43-48; 16:59-64; 17:3-21; 17:33-37; 38:53-39:16; FIG. 2; FIG. 4; FIGS. 6-7; FIGS. 8-9; FIG. 10-12; FIG. 16; FIGS. 21-23; FIGS. 26-29; FIG. 54; FIG. 69; FIGS. 76-77.<br><br>*See also*, '687 PH December 21, 2015, Amendment Under 37 CFR § 1.116, ("the '687 Amendment"), p. 21-22. |

7

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "optical center of the enclosure along the longitudinal axis" | 1 | "**optical center of the enclosure along the longitudinal axis**" means a vertical position of the LEDs in the enclosure aligned with the approximate largest-diameter area of the globe-shaped main body.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 1 and specification passages expressly explaining "center of the enclosure" and "optical center of the enclosure" (*e.g.*, 12:14-18)<br>- Merriam-Webster.com Thesaurus, "Center," identifying "center" as an "area or point" associated with the "middle," "midpoint," "interior," or "inside." (https://www.merriam-webster.com/dictionary/center)<br>- Merriam-Webster.com Dictionary, "Periphery," defining "periphery" as the "external boundary or surface of a body" and "the outward bounds of something as distinguished from its internal regions or center," confirming the ordinary distinction between central and peripheral locations. (See https://www.merriam-webster.com/dictionary/periphery) | "**an optical center of the enclosure along the longitudinal axis**" means a vertical position of the LEDs in the enclosure, laterally centered, situated between the ends of the enclosure only near a midpoint portion of the enclosure, aligned with the approximate largest diameter of the enclosure, and must be adjacent a position where a traditional incandescent filament would be placed to achieve a central glow.<br><br>*See, e.g.*, '687 at: 2:24-30; 3:11-13; 4:62-63; 12:10-29; 26:46-27:5; 38:37-57; 38:63-39:9; FIG. 2; FIG. 4; FIGS. 6-7; FIGS. 8-9; FIG. 10-12; FIG. 16;  FIGS. 21-23; FIGS. 26-29; FIG. 54; FIG. 69; FIGS. 76-77.<br><br>*See also*, the '687 Amendment, p. 21-22. |

8

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "appears as a glowing filament" | 1, 12 | Plain and ordinary meaning.<br><br>In the alternative, if the Court deems construction necessary, Pacem proposes "**appears as a glowing filament**" means a source of light produced by the LEDs that appears like the glowing filament of a traditional incandescent bulb when energized; no actual incandescent filament is required.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 1 and specification passages explaining that LEDs positioned in a band about the tower produce a high-intensity area of light that appears as a glowing filament when in use.<br>- Merriam-Webster.com Dictionary, "Glow," defining "glow" to mean "to shine with or as if with an intense heat" and defining the noun as "the state of glowing with heat and light" and "light such as is emitted by a solid body heated to luminosity." (https://www.merriam-webster.com/dictionary/glow)<br>- Merriam-Webster.com Dictionary, "Filament," defining "filament" as "a single thread or a thin flexible threadlike object" and, in relevant electrical usage, "a ... conductor ... made incandescent by the passage of an electric current." (https://www.merriam-webster.com/dictionary/filament)<br>- Dictionary.com, "Filament," defining the term in a light bulb or incandescent lamp as a threadlike conductor, often of tungsten, heated to incandescence by current. (See https://www.dictionary.com/browse/filament) | **"appears as a glowing filament" means** a centralized glow resembling the filament in a traditional incandescent bulb, produced by a band of LEDs concentrated near the optical center of the enclosure, and is not met if the LEDs are distributed over a substantial portion of the height of the enclosure or are evenly disposed over the longitudinal axis such that the glow is not centralized.<br><br>See, e.g., '687 at: 2:24-30; 3:11-13; 4:62-63; 12:10-29; 26:46-27:5; 38:37-57; 38:63-39:9; FIG. 2; FIG. 4; FIGS. 6-7; FIGS. 8-9; FIG. 10-12; FIG. 16; FIGS. 21-23; FIGS. 26-29; FIG. 54; FIG. 69; FIGS. 76-77.<br><br>See also, the '687 Amendment, p. 21-22. |

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "first portion of a heat sink" | 12 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 12 and specification passages describing the heat sink as including a heat-conducting tower portion and a heat-dissipating portion. | **"first portion of a heat sink"** means any portion of the tower within the enclosure that operates as a thermal path for heat to dissipate away from the LED assembly<br><br>*See, e.g.*, '687 at: 2:43-53; 3:41-47; 4:57-65; 19:41-20:34; 20:35-55; 24:7-22; 38:34-40; 39:34-51; 40:36-41; 42:1-14; FIG. 2; FIG. 4, FIGS. 6-9; FIG. 12; FIG.  15; FIGS. 27-29; FIG. 48. |
| "second portion of the heat sink" | 12 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 12 and specification passages describing the heat sink as including a heat-conducting tower portion and a heat-dissipating portion that extends from the interior of the enclosure to the exterior of the lamp. | **"second portion of the heat sink"** means a portion of the heat sink of the tower distinct from the first portion of the heat sink of the tower that serves as the heat-dissipating portion of the heat sink, rather than merely any conductive continuation or connecting structure.<br><br>*See, e.g.*, '687 at: 2:43-53; 3:41-47; 4:57-5:4; 19:41-20:34; 20:35-55; 24:7-22; 38:34-40; 39:34-51; 40:36-41; 42:1-14; FIG. 2; FIG. 4, FIGS. 6-9; FIG. 12; FIG.  15; FIGS. 27-29; FIG. 48. |
| "that extends to an exterior of the enclosure" | 12 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 12 and specification passages describing a heat-dissipating portion that extends from the interior of the enclosure to the exterior of the lamp. | **"extends to an exterior of the enclosure"** means the second portion of the heat sink protrudes to or beyond the outside surface of the optically transmissive enclosure so that at least some of its surface is exposed to ambient environment at least adjacent an outside surface of the enclosure for heat dissipation.<br><br>*See, e.g.*, '687 at: 2:43-53; 3:41-47; 4:57-5:4; 19:41-20:34; 20:35-55; 24:7-22; 38:34-40; 39:34-51; 40:36-41; 42:1-14; FIG. 2; FIG. 4, FIGS. 6-9; FIG. 12; FIG.  15; FIGS. 27-29; FIG. 48. |

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "enclosure being connected to the second portion at the opening such that the enclosure is" | 12 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 12 and specification passages describing the enclosure attached to the heat sink to complete the lamp assembly. | **"enclosure being connected to the second portion at the opening such that the  enclosure is"** means the enclosure is directly or indirectly connected to the second portion of the heat sink of the tower at the opening of the enclosure.<br><br>*See, e.g.*, '687 at: 4:57-5:4; 8:7-20; 20:40-55; 23:15-25; 24:7-22; 26:17-28; 42:1-14; FIG. 12; FIG. 15; FIG. 35; FIG. 47; FIGS. 76-77. |
| "completely enclosed" | 12 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 12 and specification passages describing the enclosure attached to the heat sink to complete the lamp assembly. | **"completely enclosed"** means that the second portion of the heat sink of the tower and any parts that form the connection between the second portion of the heat sink and the enclosure extends across the entire opening.<br><br>*See, e.g.*, '687 at: 3:18-40; 31:35-40; 33:14-20; 344:61-64; 8:7-20; 42:1-14; FIG. 12; FIG. 26; FIG. 35; FIG. 47; FIGS. 76-77; |
| "current level per area of EPI area" | 12 | Plain and ordinary meaning.<br><br>In the alternative, if the Court deems construction necessary, Pacem proposes "**current level per area of EPI area**" means current per unit of light-producing EPI area.<br><br>Pacem identifies the following exemplary intrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 12 and specification passages describing EPI area operated at specified mA per mm² of EPI area and explaining that the size of the EPI area and current per unit EPI area may be selected based on heat dissipation by the heat sink. | **"Current level per area of EPI area"** means the amount of electrical current (in milliamps) supplied per unit area (in square millimeters) of the active light-emitting semiconductor layer of the LED, such that the LEDs are operated at a current density within a range that enables efficient light output and heat dissipation by the lamp's heat sink, the range from 60mA/mm^2 to 300 mA/mm^2.<br><br>*See, e.g.*, '687 at: 3:13-17; 5:34-60; 27:32-28:8; 28:15-52. |

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "adequately dissipated" | 12 | Plain and ordinary meaning; not indefinite.<br><br>In the alternative, if the Court deems construction necessary, Pacem proposes "**adequately dissipated**" means "enough of the heat generated by the LEDs is dissipated to allow the LEDs to operate at the current level per area of EPI area."<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. 9,410,687, including claim 12 and specification passages explaining that EPI area and current per unit EPI area may be selected so that the heat generated is less than the amount of heat that can be adequately dissipated by the heat sink.<br>Luminus Devices, "Thermal Management of Big Chip LEDs," explaining that proper LED thermal management is important because LED lifetime, reliability, and efficiency depend on junction temperature, and that the goal of thermal design is to minimize LED junction temperature in operation. (See https://download.luminus.com/datasheets/Luminus_APN-001443_Rev_04.pdf) | "**adequately dissipated**" is indefinite.<br><br>"**adequately dissipated**" means that the LEDs are operated at a current level per unit EPI area in the range of about 60–90 mA/mm², such that the heat generated is removed from the plurality of LEDs by the heat sink.<br><br>*See, e.g.*, '687 at: 27:49-28:8. |

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "flat submount being bent into a three-dimensional shape" | 12 | Plain and ordinary meaning.<br><br>In the alternative, if the Court deems construction necessary, Pacem proposes "**flat submount being bent into a three-dimensional shape**" means a generally flat submount formed or bent into a shape in which mounting surfaces for different LEDs are in different planes.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>-  U.S. Patent No. 9,410,687, including claim 12 and specification passages describing a planar submount bent or formed into the final three-dimensional shape of the LED assembly.<br>-  Merriam-Webster.com Dictionary, "Three-dimensional," defining "three-dimensional" as "of, relating to, or having three dimensions" and as "giving the illusion of depth or varying distances." (https://www.merriam-webster.com/dictionary/three-dimensional)<br>-  Merriam-Webster.com Dictionary, "Periphery," identifying an "external boundary or surface of a body" and "outward bounds," which supports describing structures by surfaces or outer boundaries rather than by any single required geometry. (See https://www.merriam-webster.com/dictionary/periphery) | **"flat submount being bent into a three-dimensional shape"** means a submount having an initially planar region capable of supporting LEDs, including mounting surfaces in different places such that LEDs mounted on the mounting surfaces are also oriented in different planes.<br><br>*See, e.g.,* '687 at: 2:38-44; 3:24-50; 4:44-48; 16:14-23; 16:44-53; 17:22-40; 23:27-47; FIG. 16; FIG. 19; Abstract. |

**Patent:  RE48,489**

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "contained in the enclosure" | 1, 10 | Plain and ordinary meaning, which is same meaning as same phrase recited in the '983 patent.<br><br>Pacem refers to the exemplary intrinsic/extrinsic evidence identified above for the same term recited in the '983 Patent, including all counterpart citations appearing in the '489 Patent. | **"contained in the enclosure"** means held within the enclosure.<br><br>*See, e.g.,* '489 at: 2:48-61; 3:12-13; 3:51-4:9; 4:24-28; 15:55-16:11; 11:16-12:63; 15:16-21; Abstract.<br><br>*See also*, *Merriam-Webster Internet Dictionary* contain: 1) to have within. https://www.merriam-webster.com/dictionary/contain |
| "thermal coupling" and "thermally coupled" | 1, 10, 11 | **"thermally coupled"** means "a thermal path that provides sufficient heat dissipation to enable acceptable LED performance and longevity, as opposed to a path where heat may travel in a very inefficient manner, such as through a thermally insulating material"—i.e., the same construction of the same phrase recited in the '983 Patent.<br><br>**"thermally coupling"** should be afforded its plain and ordinary meaning<br><br>Pacem refers to the exemplary intrinsic/extrinsic evidence identified above for the same term recited in the '983 Patent, including all counterpart citations appearing in the '489 Patent. | **"thermally coupled" and "thermal coupling"** mean a thermal path that provides sufficient heat dissipation to enable acceptable LED performance and longevity but is not meant to cover any path where heat may travel in a very inefficient manner, such as through a thermally insulating material.<br><br>*See, e.g.,* '489 at: 2:50-3:2; 9:24-30; 9:53-56; 10:55-58; 15:55-61; 17:45-56; 17:67-18:8. |
| "positioned entirely inside of the enclosure" | 1 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br><br>-  U.S. Patent No. RE48,489, including claim 1 and specification passages describing the heat sink structure as contained in the sealed enclosure and terminating inside the gas/enclosure rather than extending to the base | **"positioned entirely inside of the enclosure"** means the heat sink terminates inside the enclosure with no connections to anything that goes outside of the enclosure.<br><br>*See, e.g.,* '489 at: 17:61-18:8; 19:4-39; FIG. 48; FIGS. 60A-C; |

14

| Claim Term/Element | Asserted Claim(s) | Plaintiff Pacem's Construction | Defendant Maxim's Construction |
|---|---|---|---|
| "distance from the enclosure of less than 8 mm" | 1 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. RE48,489, including claim 1 and specification passages discussing the distance between the heat sink structure and the enclosure at the closest point. | **"distance from the enclosure of less than 8 mm"** means a measurement of the closest point between the heat sink structure and the enclosure.<br><br>*See, e.g.,* '489 at: 19:46-20:21; FIG. 48. |
| "upper part that is connected to the enclosure" | 11 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. RE48,489, including claim 11 and specification passages describing a two-part base having an upper part connected to the enclosure. | **"upper part that is connected to the enclosure"** means any portion of the base that is attached to the enclosure of the lamp by any means including direct or indirect attachment.<br><br>*See, e.g.,* '489 at: 2:66-3:2; 7:1-7; 22:3-13; 22:41-61; 23:2-30; FIG. 48; FIGS. 57A-60C. |
| "separate lower part" | 11 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. RE48,489, including claim 11 and specification passages describing a two-part base having a lower part that is a separate | **"separate lower part"** means a base component that is physically distinct from and positioned below the "upper part" in a stacked, vertical arrangement relative to each other with both parts being discretely formed before assembly and joined to form the base.<br><br>*See, e.g.,* '489 at: 2:66-3:2; 7:1-7; 22:3-13; 22:41-61; 23:2-30; FIG. 48; FIGS. 57A-60C. |
| "joined to the upper part" | 11 | Plain and ordinary meaning.<br><br>Pacem identifies the following exemplary intrinsic/extrinsic evidence that it may rely upon in support:<br>- U.S. Patent No. RE48,489, including claim 11 and specification passages describing the lower part of the base joined to the upper part. | **"joined to the upper part"** means the lower part is attached to the upper part by any mechanism including adhesive, welding, or mechanically attached.<br><br>*See, e.g.,* '489 at: 2:66-3:2; 7:1-7; 22:3-13; 22:41-61; 23:2-30; FIG. 48; FIGS. 57A-60C. |